Meaghan H. Kent (*pro hac vice*)
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
202-344-4481
MHKent@Venable.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Rowe,<br><br>                Plaintiff,<br><br>v.<br><br>Chen Yi and Fjfz,<br><br>                Defendants. | Case No. _____<br><br>**COMPLAINT AND**<br>**DEMAND FOR JURY TRIAL** |

DATED this 27th day of March, 2018.


/s/ Meaghan H. Kent
Attorney for Plaintiff Jessica Rowe

Plaintiff Jessica Rowe ("Rowe"), for her Complaint against defendants Chen Yi ("Yi") and Fjfz ("Fjfz") (collectively, the "Defendants"), hereby alleges as follows:

## **PARTIES**

1. Plaintiff Jessica Rowe is a visual artist and a resident of Arizona.

2. Upon information and belief, defendant Chen Yi is a resident of China, residing at 1#509, Area B, Jiaheyuan, Zhongting Street, Taijiang District, Fuzhou, Fujian, 350000, CN.

3. Upon information and belief, Yi is the chief executive officer of defendant corporation Fjfz.

4. Upon information and belief, defendant Fjfz is a Chinese corporation.

5. Upon information and belief, Defendants sell home goods (e.g., pillowcases) through a number of distribution channels, including but not limited to, Amazon, Kmart, and Sears.

## **JURISDICTION AND VENUE**

6. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

7. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8. This Court has personal jurisdiction over Defendants because, *inter alia*, Yi consented "to the jurisdiction of any United States federal district court in which [Plaintiff] may be found" (*see* Defendants' counter-notice in response to Plaintiff's Digital Millennium Copyright Act ("DMCA") takedown notices, attached as <u>Exhibit A</u> hereto) and Fjfz conducted business in and has had continuous and systematic contacts with the State of Arizona.

9. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c), in that a substantial part of the events or omissions giving rise to the claims herein occurred in this District.

## **FACTUAL ALLEGATIONS**

10. Ms. Rowe is an established visual artist who designs original prints and patches, which she sells through her design studio, The Aestate, LLC ("The Aestate").

11. Ms. Rowe is, and at all relevant times was, the exclusive seller and licensor of her original artistic creations.

12. In 2013, Ms. Rowe created the original pineapple print design shown below, entitled "Pina."



"Pina" design.

13. In 2013, Ms. Rowe began selling copies of the "Pina" design through The Aestate.

14. On January 25, 2018, the United States Copyright Office issued Copyright Registration No. VAu 1-303-045 to Ms. Rowe for the "Pina" design (a copy of which is attached as Exhibit B hereto).

15. Ms. Rowe is the sole rights holder to the "Pina" Copyright Registration.

16.	On or around March 3, 2018, Ms. Rowe discovered that Fjfz was offering for sale or selling a pillowcase, shown below, featuring the "Pina" design underneath stylized text depicting the phrase "Be a Pineapple / Stand Tall / Wear a Crown / & Be Sweet on the Inside" and bearing the Fjfz trademark (the "Infringing Pillowcase").

"Pina" design

Fjfz trademark



17.	Ms. Rowe discovered the Infringing Pillowcase being offered for sale by Defendants on multiple e-commerce sites, including Amazon. *See* Exhibit C attached hereto.

18.	On March 3, 2018, and pursuant to 17 U.S.C. § 512, Ms. Rowe sent Amazon a DMCA takedown notice in order to halt Fjfz's infringing sales.

19. On March 10, 2018, Ms. Rowe sent Amazon a second DMCA takedown notice because, although the product was no longer being offered for sale on Amazon, a photo of the Infringing Pillowcase remained on the site.

20. On March 13, 2018, Defendants sent Amazon a counter-notice to Ms. Rowe's takedown notices (attached as Exhibit A hereto).

### FIRST CAUSE OF ACTION
**Copyright Infringement**
**17 U.S.C. §§ 106 and 501**

21. Plaintiff re-alleges and incorporates by reference the preceding paragraphs of this Complaint as though fully set forth herein.

22. Ms. Rowe is the exclusive owner of a valid, federally registered copyright in the "Pina" design.

23. At no time did Ms. Rowe consent to, authorize, permit, or allow in any manner Defendants' use of her unique and original "Pina" design.

24. Defendants nonetheless used Ms. Rowe's "Pina" design for commercial benefit without her consent or authority, and acquired monetary gain and market benefit as a result, in violation of Title 17 of the United States Code.

25. Defendants' pineapple design used in the Infringing Pillowcase is substantially similar, if not identical, to Ms. Rowe's "Pina" design protected by U.S. Copyright Registration No. VAu 1-303-045.

6

26. The Infringing Pillowcase constitutes an unauthorized derivative work in violation of Ms. Rowe's exclusive rights pursuant to 17 U.S.C. § 106.

27. Defendants' sales of the Infringing Pillowcase violate Ms. Rowe's exclusive rights pursuant to 17 U.S.C. § 106.

28. Upon information and belief, Defendants' infringement of Ms. Rowe's "Pina" design was willful, intentional and purposeful, in disregard and with indifference to Ms. Rowe's rights.

29. As a direct and proximate result of Defendants' infringement, Ms. Rowe has suffered damages including, but not limited to, the loss of licensing revenue and sales profits.

30. As a result of Defendants' infringement, Ms. Rowe is entitled to any actual damages pursuant to 17 U.S.C. § 504(b).

31. As a result of Defendants' willfulness with respect to their infringement, Ms. Rowe is entitled to statutory damages in an amount up to $150,000.00 pursuant to 17 U.S.C. § 504(c).

32. As a result of Defendants' infringement, the Court in its discretion may allow Ms. Rowe to recover from Defendants her full costs as well as reasonable attorney's fees and costs, pursuant to 17 U.S.C. § 505.

33. Ms. Rowe is entitled to injunctive relief to prevent or restrain Defendants from their unauthorized use and distribution of the "Pina" design, pursuant to 17 U.S.C. § 502.

34. Irreparable harm and injury to Ms. Rowe are imminent as a result of Defendants' conduct and Ms. Rowe is without an adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for the following relief:

(a)	For judgment in favor of Plaintiff and against Defendants on the claim set forth above;

(b)	For statutory damages against each Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c);

(c)	For costs of litigation and reasonable attorney's fees against each Defendant pursuant to 17 U.S.C. § 505;

(d)	For pre- and post-judgment interest at the maximum legal rate;

(e)	For a preliminary and permanent injunction enjoining each Defendant from further infringement of Ms. Rowe's copyrighted works pursuant to 17 U.S.C. § 502; and

(f)	For any other relief the Court deems just and proper.

8

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a jury trial on all issues in this litigation that are triable to a jury.

Dated: March 27, 2018

Respectfully submitted,

By: /s/ Meaghan H. Kent
Meaghan H. Kent (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4481
MHKent@Venable.com

*Attorneys for Plaintiff*

# EXHIBIT A

Mar.13, 2018

Dear Copyright Agent;

Please find attached to this letter a list of material removed by you pursuant to 17 U.S.C. Section 512. I have a good faith belief that this material was removed or disabled in error as a result of mistake or misidentification of the material. I declare that this is true and accurate under penalty of perjury under the laws of the United States of America.

hello@theaestate.com's claim is invalid, libelous, and a criminal act of perjury. The product represented by ASIN (B06Y5Q4D84) is a descriptive pillow cover that is with Fjfz trademark (a registered trademark in US). This is clearly shown in the product picture.

The product picture is not copyright of -- hello@theaestate.com, it is a public domain image contributed by myself.

hello@theaestate.com, has a history of submitting false infringement claims against me and other sellers on Amazon.

hello@theaestate.com, has a history of abusive listing practices on Amazon.

My Personal Information is as follows:

Name: CHEN YI

Address: 1#509, Area B, Jiaheyuan, Zhongting Street, Taijiang

**Scanned by CamScanner**

District, Fuzhou, Fujian, 350000, CN
Phone Number: +8613859099357

For the purposes of this matter, I consent to the jurisdiction of any United States federal district court in which you may be found. I also consent to service of process by the person providing notification under Section 512(c)(1)(C) or that person's agent.
However, by this letter, I do not waive any other rights, including the ability to pursue an action for the removal or disabling of access to this material, if wrongful.

Having complied with the requirements of Section 512(g)(3), I remind you that you must now replace the blocked or removed material and cease disabling access to it within fourteen business days of your receipt of this notice. Please notify me when this has been done.

I appreciate your prompt attention to this matter. If you have any questions about this notice, please do not hesitate to contact me.
Sincerely,
Fjfz Team
CEO of Fjfz
CHEN YI
2018.03.13

CHEN YI

2018.03.13

**Scanned by CamScanner**

Hello,

We received a report from a rights owner that claims the items at the end of this email infringe their copyright. We removed the content listed at the end of this email.

-- hello@theaestate.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner's copyright, you may email notice-dispute@amazon.com. Please include proof of ownership of the intellectual property in question and/or proof that you have received the necessary permissions to use the copyrighted work.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

ASIN(s): B06Y5Q4D84

Complaint ID: 1489163351

Infringement type: Copyright

Sincerely,

Seller Performance Team

Amazon.com

http://www.amazon.com

**Scanned by CamScanner**

13

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-303-045**

**Effective Date of Registration:**
January 25, 2018

## Title

Title of Work: Pina

## Completion/Publication

Year of Completion: 2013

## Author

- Author: Jessica Rowe
  Author Created: 2-D artwork
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Jessica Peterson
440 E. Appaloosa Rd, Gilbert, AZ, 85296

## Rights and Permissions

Organization Name: The Aestate, LLC
Address: 137 E. Elliot Rd #692
Gilbert, AZ 85299 United States

## Certification

Name: Jessica Rowe
Date: January 25, 2018

Page 1 of 1

# EXHIBIT C



The Infringing Pillowcase, as offered for sale on www.amazon.com (above) and www.sears.com (below).





The Infringing Pillowcase, as offered for sale on www.kmart.com.